# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LISA FLEINER and MICHAEL FLEINER, | |
| Plaintiffs, | 3:09-cv-78-RCJ-RAM |
| v. | |
| SEVERAL UNKNOWN POLICE OFFICERS, of the POLICE DEPARTMENT of the CITY OF SPARKS, NEVADA, et al., | **MINUTE ORDER** |
| Defendants. | |

Currently before the Court is a Joint Motion to Strike (#46) filed by Defendants Michael Landry ("Landry") and several unknown police officers of the Police Department of the City of Sparks, Nevada ("Sparks Police Officers").

On March 3, 2010, the Court entered an Order (#43) granting motions to dismiss filed by Landry and the Sparks Police Officers (collectively referred to herein as "Defendants"). Judgment was entered on Defendants' behalf on March 4, 2010. On March 9, 2010, Plaintiffs Lisa Fleiner and Michael Fleiner (collectively referred to herein as "Plaintiffs") filed a letter with the Court thanking the Court for hearing their case and requesting that the Court read their letter to hear their "side of the story." (Doc. #45).

On March 15, 2010, Defendants filed a Motion to Strike (#46) requesting that the Court strike the letter filed by Plaintiffs. According to Defendants, this letter is improper because it was not filed by Plaintiffs' counsel and because it is an improper attempt to supplement Plaintiffs' argument.

Defendants' motion to strike is granted. The letter filed by Plaintiffs was not a proper pleading or motion as required by the Local Rules. In addition, the letter constitutes an improper attempt to supplement th argument already presented to the Court. See <u>Ashley Creek Props. LLC v. Timchak</u>, 649 F.Supp.2d 1171, 1175 (9th Cir. 2009)(striking a letter sent to the court as an "improper effort to supplement" an argument).

## CONCLUSION

For the foregoing reasons, IT IS ORDERED that Defendants' Motion to Strike (#46) is GRANTED.

DATED: This 9th day of June, 2010.

_____
United States District Judge